BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**

MAR 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ANTONIO REYNA,<br>   aka "Tone,"<br><br>                    Defendant. | CASE NO. 2:14-CR-0069 LKK<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 3/13/14

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge