1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO REYNA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         )    2:14-CR-00069 LKK
                                     )
11                      Plaintiff,   )    STIPULATION AND ORDER
                                     )    TO CONTINUE JUDGMENT AND SENTENCING
12 v.                                )
                                     )
13                                   )
   ANTONIO REYNA,                    )
14                                   )
                        Defendant.   )
15 _____ )

16
                                **STIPULATION**
17
        Plaintiff, United States of America, by and through its counsel,
18
   Assistant United States Attorney Justin Lee, and defendant, Antonio Reyna, by
19
   and through his counsel, Erin J. Radekin, agree and stipulate to vacate the
20
   date set for status conference, April 15, 2014 at 9:15 a.m., in the above-
21
   captioned matter, and to continue the status conference to May 28, 2014 at
22
   9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.
23
        The reason for this request is that the defense just received discovery
24
   in this matter.  Additional time is needed to review discovery and for other
25
   defense preparation.  The Court is advised that Mr. Lee concurs with this
26
   request and has authorized Ms. Radekin to sign this stipulation on his
27
   behalf.
28

                            Stipulation and Order - 1

1  The parties further agree and stipulate that the time period from the
2 filing of this stipulation until May 28, 2014 should be excluded in computing
3 time for commencement of trial under the Speedy Trial Act, based upon the
4 interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,
5 to allow reasonable time necessary for effective defense preparation.  It is
6 further agreed and stipulated that the ends of justice served in granting the
7 request outweigh the best interests of the public and the defendant in a
8 speedy trial.
9  Accordingly, the parties respectfully request the Court adopt this
10 proposed stipulation.
11 IT IS SO STIPULATED
12 Dated: April 14, 2014                    BENJAMIN WAGNER
                                           United States Attorney
13
                                     By:    /s/ Justin Lee
14                                         JUSTIN LEE
                                           Assistant United States Attorney
15

16 Dated: April 14, 2014                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
17                                         Attorney for Defendant
                                           ANTONIO REYNA
18

19
                                      ORDER
20
      For the reasons set forth in the accompanying stipulation and
21
declaration of counsel, the status conference date of April 15, 2014 at 9:15
22
a.m. is VACATED and the above-captioned matter is set for status conference
23
on May 28, 2014 at 9:15 a.m.  The Court finds excludable time in this matter
24
through May 28, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
25
to allow reasonable time necessary for effective defense preparation.  For
26
the reasons stipulated by the parties, the Court finds that the interest of
27
justice served by granting the request outweigh the best interests of the
28

Stipulation and Order - 2

public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  April 14, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT