ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| | ) | |
| ANTONIO REYNA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 28, 2014 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to July 8, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that additional time is needed by the defense to complete the process of subpoenaing cell phone records, investigation and other defense preparation. The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

Stipulation and Order - 1

1    The parties further agree and stipulate that the time period from the
2 filing of this stipulation until July 8, 2014 should be excluded in computing
3 time for commencement of trial under the Speedy Trial Act, based upon the
4 interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,
5 to allow reasonable time necessary for effective defense preparation.  It is
6 further agreed and stipulated that the ends of justice served in granting the
7 request outweigh the best interests of the public and the defendant in a
8 speedy trial.
9    Accordingly, the parties respectfully request the Court adopt this
10 proposed stipulation.
11 IT IS SO STIPULATED
12 Dated: May 23, 2014                     BENJAMIN WAGNER
                                            United States Attorney
13
                                     By:    /s/ Jill Thomas
14                                          JILL THOMAS
                                            Assistant United States Attorney
15

16 Dated: May 23, 2014                      /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
17                                          Attorney for Defendant
                                            ANTONIO REYNA
18

19
                                    ORDER
20
     For the reasons set forth in the accompanying stipulation and
21
declaration of counsel, the status conference date of May 28, 2014 at 9:15
22
a.m. is VACATED and the above-captioned matter is set for status conference
23
on July 8, 2014 at 9:15 a.m.  The Court finds excludable time in this matter
24
through July 8, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
25
to allow reasonable time necessary for effective defense preparation.  For
26
the reasons stipulated by the parties, the Court finds that the interest of
27
justice served by granting the request outweigh the best interests of the
28

public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: May 28, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT