ERIN J. RADEKIN
Attorney at Law – SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA


                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )     2:14-CR-00069 LKK
                                   )
                    Plaintiff,     )     STIPULATION AND ORDER
                                   )     TO CONTINUE STATUS CONFERENCE
v.                                 )
                                   )
                                   )
ANTONIO REYNA,                     )
                                   )
                    Defendant.     )
_____)


                              **STIPULATION**

     Plaintiff, United States of America, by and through its counsel,

Assistant United States Attorney Jill Thomas, and defendant, Antonio Reyna,

by and through his counsel, Erin J. Radekin, agree and stipulate to vacate

the date set for status conference, July 8, 2014 at 9:15 a.m., in the above-

captioned matter, and to continue the status conference to August 12, 2014 at

9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

     The reason for this request is that additional time is needed by the

defense to obtain the cell phone records, investigation and other defense

preparation.  Ms. Radekin has arranged for payment of the records but has not

yet received them. The Court is advised that Ms. Thomas concurs with this

request and has authorized Ms. Radekin to sign this stipulation on her
behalf.

The parties further agree and stipulate that the time period from the
filing of this stipulation until August 12, 2014 should be excluded in
computing time for commencement of trial under the Speedy Trial Act, based
upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
Code T4, to allow reasonable time necessary for effective defense
preparation.  It is further agreed and stipulated that the ends of justice
served in granting the request outweigh the best interests of the public and
the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this
proposed stipulation.

IT IS SO STIPULATED

Dated: July 2, 2014                    BENJAMIN WAGNER
                                       United States Attorney

                            By:    /s/ Jill Thomas
                                   JILL THOMAS
                                   Assistant United States Attorney

Dated: July 2, 2014                    /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   ANTONIO REYNA

ORDER

For the reasons set forth in the accompanying stipulation and
declaration of counsel, the status conference date of July 8, 2014 at 9:15
a.m. is VACATED and the above-captioned matter is set for status conference
on August 12, 2014 at 9:15 a.m.  The Court finds excludable time in this
matter through August 12, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
Code T4, to allow reasonable time necessary for effective defense

1    preparation.  For the reasons stipulated by the parties, the Court finds that

2    the interest of justice served by granting the request outweigh the best

3    interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

4    3161(h)(7)(A), (h)(7)(B)(iv).

5    IT IS SO ORDERED.

6    Dated: July 8, 2014

7

8                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
9                                    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28