ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00069 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| ANTONIO REYNA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 12, 2014 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to September 16, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that additional time is needed by the defense to complete analysis of the cell phone records, investigation, and other defense preparation.  Further, the defense has requested discovery from the government and the government is currently considering that request.  The

Stipulation and Order - 1

1  Court is advised that Ms. Thomas concurs with this request and has authorized
2  Ms. Radekin to sign this stipulation on her behalf.
3       The parties further agree and stipulate that the time period from the
4  filing of this stipulation until September 16, 2014 should be excluded in
5  computing time for commencement of trial under the Speedy Trial Act, based
6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
7  Code T4, to allow reasonable time necessary for effective defense
8  preparation.  It is further agreed and stipulated that the ends of justice
9  served in granting the request outweigh the best interests of the public and
10 the defendant in a speedy trial.
11      Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.
13 IT IS SO STIPULATED
14 Dated: August 7, 2014                    BENJAMIN WAGNER
                                            United States Attorney
15
                                       By:    /s/ Jill Thomas
16                                          JILL THOMAS
                                            Assistant United States Attorney
17
18 Dated: August 7, 2014                     /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
19                                          Attorney for Defendant
                                            ANTONIO REYNA
20

21
                                    ORDER
22
        For the reasons set forth in the accompanying stipulation and
23
   declaration of counsel, the status conference date of August 12, 2014 at 9:15
24
   a.m. is VACATED and the above-captioned matter is set for status conference
25
   on September 16, 2014 at 9:15 a.m.  The Court finds excludable time in this
26
   matter through September 16, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and
27
   Local Code T4, to allow reasonable time necessary for effective defense
28

1  preparation.  For the reasons stipulated by the parties, the Court finds that
2  the interest of justice served by granting the request outweigh the best
3  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
4  3161(h)(7)(A), (h)(7)(B)(iv).
5  IT IS SO ORDERED.
6  Dated: August 8, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT