ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas and defendant Antonia Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 11, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 8, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the defense needs additional time for investigation, to possibly prepare and file a discovery motion, for plea negotiations, and for other defense preparation.  The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

1    The parties further agree and stipulate that the time period from the
2 filing of this stipulation until January 8, 2015 should be excluded in
3 computing time for commencement of trial under the Speedy Trial Act, based
4 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5 Code T4, to allow reasonable time necessary for effective defense
6 preparation.  It is further agreed and stipulated that the ends of justice
7 served in granting the request outweigh the best interests of the public and
8 the defendant in a speedy trial.
9    Accordingly, the parties respectfully request the Court adopt this
10 proposed stipulation.
11 IT IS SO STIPULATED
12 Dated: December 8, 2014          BENJAMIN WAGNER
                                    United States Attorney
13
                                     /s/ Jill Thomas
14                                  JILL THOMAS
                                    Assistant United States Attorney
15

16 Dated: December 8, 2014           /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
17                                  Attorney for Defendant
                                    ANTONIA REYNA
18

19                                **ORDER**

20

21    For the reasons set forth in the accompanying stipulation and
22 declaration of counsel, the status conference date of December 11, 2014 at
23 9:00 a.m. is VACATED and the above-captioned matter is set for status
24 conference on January 8, 2015 at 9:00 a.m.  The Court finds excludable time
25 in this matter through January 8, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv)
26 and Local Code T4, to allow reasonable time necessary for effective defense
27 preparation.  For the reasons stipulated by the parties, the Court finds that
28 the interest of justice served by granting the request outweigh the best

1  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
2  3161(h)(7)(A), (h)(7)(B)(iv).
3      IT IS SO ORDERED.
4  Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT