```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    2:14-CR-00069 MCE
                               )
              Plaintiff,       )    STIPULATION AND ORDER
                               )    TO CONTINUE STATUS CONFERENCE
v.                             )
                               )
                               )
ANTONIA REYNA.                 )
                               )
              Defendant.       )
_____)
```

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas and defendant Antonia Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 12, 2015 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to March 26, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that additional time is needed to allow litigation of discovery issues.  Ms. Radekin has prepared a discovery motion and it is ready for filing.  The parties have agreed the motion will be set for hearing on March 18, 2015 at 2:00 p.m. to allow adequate time for the government to file an opposition and for the defense to file any reply.  In addition, the defense is still actively engaged in investigation and other

defense preparation.  The court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 26, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 6, 2014           BENJAMIN WAGNER
                                  United States Attorney

                                   /s/ Jill Thomas
                                  JILL THOMAS
                                  Assistant United States Attorney


Dated: February 6, 2014            /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  ANTONIA REYNA

                                   ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 12, 2015 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 26, 2015 at 9:00 a.m.  The Court finds excludable time in this matter through March 26, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense

1 | preparation.  For the reasons stipulated by the parties, the Court finds that
2 | the interest of justice served by granting the request outweigh the best
3 | interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
4 | 3161(h)(7)(A), (h)(7)(B)(iv).
5 |     IT IS SO ORDERED.
6 | Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT