ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | AND MODIFY SCHEDULE OF DISCLOSURE |
| | ) | |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas and defendant Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, July 16, 2015 at 9:00 a.m., in the above-captioned matter, and to continue judgment and sentencing to August 6, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

    In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

    Motion for correction of PSR     July 23, 2015

    Reply, or non-opposition        July 30, 2015

This continuance is requested to allow the parties time to respond to the final PSR, which was filed July 6, 2015, and to prepare for sentencing. The Court is advised Ms. Thomas and Karen Lucero, the probation officer in this

matter, have no opposition to the proposed dates set forth above, and Ms. Thomas has authorized Ms. Radekin to sign this stipulation on her behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 10, 2015          BENJAMIN WAGNER
                              United States Attorney

                               /s/ Jill Thomas
                              JILL THOMAS
                              Assistant United States Attorney

Dated: July 10, 2015           /s/ Erin J. Radekin
                              ERIN J. RADEKIN
                              Attorney for Defendant
                              ANTONIA REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, July 16, 2015 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on August 6, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.  IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

    Motion for correction of PSR        July 23, 2015
    Reply, or non-opposition            July 30, 2015

    IT IS SO ORDERED.

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT