ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-0069 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST TO FILE UNDER SEAL;** |
| | ) | **ORDER** |
| | ) | |
| ANTONIO REYNA. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 141(b), Defendant, ANTONIO REYNA, by and through his counsel, Erin J. Radekin, respectfully requests an Order sealing the defendant's Exhibits in Support of Motion to Correct Pre-sentence report and the exhibits attached thereto, to wit, Exhibit A, government's response to defense request for discovery; Exhibit B, criminal history of the confidential informant; and Exhibit C, statement of defense witness. These documents contain sensitive and confidential information concerning the confidential informant, including

Request to File Under Seal; Order  - 1

his criminal history report and the government's investigation in this case, and also a defense witness.

      The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. *See Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 50-9-510 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id.* at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid.*

      Here, the defense seeks to file the above-referenced documents under seal to protect the informant and the defense witness, and to protect confidential information concerning the informant and the government's investigation in this case.

Dated: August 4, 2015                                    Respectfully submitted,

                                               /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
                                               Attorney for Defendant
                                               ANTONIO REYNA

//

### ORDER

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, defendant's Exhibits in Support of Motion to Correct Pre-sentence report and the exhibits attached thereto, Exhibits A, B and C, shall be sealed under further order of this Court.

IT IS SO ORDERED.

Dated: August 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT