1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  1001 G Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO REYNA

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    2:14-CR-00069 MCE
11                                   )
                        Plaintiff,   )    STIPULATION AND ORDER
12                                   )    TO CONTINUE ADMIT/DENY HEARING
   v.                                )
13                                   )
                                     )
14 ANTONIA REYNA.                    )
                                     )
15                      Defendant.   )
   _____   )
16
                              **STIPULATION**
17
        Plaintiff, United States of America, by and through its counsel,
18
   Assistant United States Attorney James Conolly, and defendant, Antonio Reyna,
19
   by and through his counsel, Erin J. Radekin, agree and stipulate to vacate
20
   the date set for admit/deny hearing, August 11, 2016 at 10:00 a.m., in the
21
   above-captioned matter, and to continue the admit/deny hearing to September
22
   22, 2016 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England,
23
   Jr.
24
        The reason for this request is that the parties have determined
25
   resolution of this matter depends, in part, on the disposition of the state
26
   matter underlying the new law violation alleged in the Probation Officer's
27
   petition.  Ms. Radekin needs time to contact Mr. Reyna's attorney in the
28

                          Stipulation and Order - 1

state matter to assess the progress and likely outcome in the state case. The court is advised Mr. Conolly and United States Probation Officer Sara Gnewikow concur with this request, and Mr. Conolly has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 8, 2016          PHILLIP A. TALBERT
                               Acting United States Attorney

                         By:   /s/ James Conolly
                               JAMES CONOLLY
                               Assistant United States Attorney

Dated: August 8, 2016          /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of August 11, 2016, is VACATED and the above-captioned matter is set for admit/deny hearing on September 22, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE