1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  1001 G Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO REYNA

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )      2:14-CR-00069 MCE
12                                     )
                         Plaintiff,    )      STIPULATION AND ORDER
13                                     )      TO CONTINUE ADMIT/DENY HEARING
   v.                                  )
14                                     )
                                       )
15 ANTONIA REYNA.                      )
                                       )
16                       Defendant.    )
   _____ )
17
                              **STIPULATION**
18
         Plaintiff, United States of America, by and through its counsel,
19
   Assistant United States Attorney James Conolly, and defendant, Antonio Reyna,
20
   by and through his counsel, Erin J. Radekin, agree and stipulate to vacate
21
   the date set for admit/deny hearing, September 22, 2016 at 10:00 a.m., in the
22
   above-captioned matter, and to continue the admit/deny hearing to December
23
   15, 2016 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England,
24
   Jr.
25
         The reason for this request is that the parties have determined
26
   resolution of this matter depends largely on the outcome of the state matter
27
   underlying the new law violation alleged in the Probation Officer's petition.
28

                          Stipulation and Order - 1

1    Ms. Radekin has confirmed with Mr. Reyna's attorney in the state matter (a

2    murder case), Michael Long, that the case is not near resolution or trial

3    setting, as there are 50 CDs/DVDs and approximately 100 pages of paper

4    discovery to review. The court is advised Mr. Conolly and United States

5    Probation Officer Sara Gnewikow concur with this request, and Mr. Conolly has

6    authorized Ms. Radekin to sign this stipulation on his behalf.

7         Accordingly, the parties respectfully request the Court adopt this

8    proposed stipulation.

9    IT IS SO STIPULATED.

10   Dated: September 16, 2016          PHILLIP A. TALBERT
                                        Acting United States Attorney
11

12                                By:   /s/ James Conolly
                                        JAMES CONOLLY
13                                      Assistant United States Attorney

14   Dated: September 16, 2016          /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
15                                      Attorney for Defendant
                                        ANTONIO REYNA
16

17                                    **ORDER**

18        For the reasons set forth in the accompanying stipulation and

19   declaration of counsel, the admit/deny hearing date of September 22, 2016 is

20   VACATED and the above-captioned matter is set for admit/deny hearing on

21   December 15, 2016 at 10:00 a.m.

22        IT IS SO ORDERED.

23   Dated:  September 20, 2016

24

25                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
26

27

28