1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  1001 G Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO REYNA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:14-CR-00069 MCE
                                    )
12                     Plaintiff,   )   STIPULATION AND ORDER
                                    )   TO CONTINUE ADMIT/DENY HEARING
13 v.                               )
                                    )
14                                  )
   ANTONIA REYNA.                   )
15                                  )
                       Defendant.   )
16 _____)

17                             **STIPULATION**

18       Plaintiff, United States of America, by and through its counsel,

19 Assistant United States Attorney James Conolly, and defendant, Antonio Reyna,

20 by and through his counsel, Erin J. Radekin, agree and stipulate to vacate

21 the date set for admit/deny hearing, December 15, 2016 at 10:00 a.m., in the

22 above-captioned matter, and to continue the admit/deny hearing to February

23 16, 2017 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England,

24 Jr.

25       The reason for this request is that the parties have determined

26 resolution of this matter depends largely on the outcome of the state

27 homicide case underlying the new law violation alleged in the Probation

28 Officer's petition, and there is additional discovery in the state matter

                            Stipulation and Order - 1

that Ms. Radekin needs to review.  Mr. Reyna's attorney in the state case, Michael Long, informed Ms. Radekin that the state case is not near resolution or trial setting.  The discovery in the state homicide case is now at 699 pages, and Mr. Long has hired a DNA expert to evaluate the DNA evidence.  The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 14, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney


                            By:   /s/ James Conolly
                                  JAMES CONOLLY
                                  Assistant United States Attorney

Dated: December 14, 2016          /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of December 15, 2016 is VACATED and the above-captioned matter is set for admit/deny hearing on February 16, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE