```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00069 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE ADMIT/DENY HEARING |
| v. ) | |
| ) | |
| ANTONIA REYNA. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, February 16, 2017 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to May 18, 2017 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends largely on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition.  Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the state matter has not yet resolved, nor does it appear to be

Stipulation and Order - 1

near resolution.  Further, there is additional discovery, including DNA evidence, forthcoming in that case, which Ms. Radekin must also review upon receipt.  The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

```
Dated: February 14, 2017          PHILLIP A. TALBERT
                                  Acting United States Attorney


                           By:    /s/ James Conolly
                                  JAMES CONOLLY
                                  Assistant United States Attorney

Dated: February 14, 2017          /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  ANTONIO REYNA
```

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of February 16, 2017 is VACATED and the CONTINUED to May 18, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE