```
 1  ERIN J. RADEKIN
    Attorney at Law - SBN 214964
 2  1001 G Street, Suite 100
    Sacramento, California 95814
 3  Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
 4
    Attorney for Defendant
 5  ANTONIO REYNA
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:14-CR-00069 MCE
                                 )
12                    Plaintiff, )   STIPULATION AND ORDER
                                 )   TO CONTINUE ADMIT/DENY HEARING
13  v.                           )
                                 )
14                               )
    ANTONIA REYNA.               )
15                               )
                      Defendant. )
16  _____)
17                           **STIPULATION**
```

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, May 18, 2017 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to August 17, 2017 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends largely on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the state matter has not yet resolved, nor does it appear to be

Stipulation and Order - 1

near resolution.  The case is still pre-Preliminary hearing (not set for trial).  The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 16, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                By:    /s/ James Conolly
                                       JAMES CONOLLY
                                       Assistant United States Attorney

Dated: May 16, 2017                    /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Attorney for Defendant
                                       ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of May 18, 2017 is VACATED and the above-captioned matter is set for admit/deny hearing on August 17, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE