```
1  ERIN J. RADEKIN
   Attorney at Law - SBN 214964
2  1001 G Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTONIO REYNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE ADMIT/DENY HEARING |
| v. | ) | |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, August 17, 2017 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to December 7, 2017 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that defense investigation and discovery is still on-going in the state matter. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the state matter has not yet resolved, nor does it appear to be near resolution. The preliminary hearing in state court is scheduled for November 9, 2017. The

Stipulation and Order - 1

court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 15, 2017                PHILLIP A. TALBERT
                                      United States Attorney

                                By:   /s/ James Conolly
                                      JAMES CONOLLY
                                      Assistant United States Attorney

Dated: August 15, 2017                /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of August 17, 2017 is VACATED and the above-captioned matter is set for admit/deny hearing on December 7, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  August 15, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE