```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE ADMIT/DENY HEARING |
| v. | ) | |
| | ) | |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, December 14, 2017 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to March 1, 2018 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends largely on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he

Stipulation and Order - 1

indicated the state matter is presently set for preliminary hearing on December 12, 2017, which will then be trailed to December 20, 2017. The matter is not near resolution. Further, Ms. Radekin had not yet obtained and reviewed all discovery in the state matter. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 12, 2017       PHILLIP A. TALBERT
                                    United States Attorney

                               By:  /s/ James Conolly
                                     JAMES CONOLLY
                                     Assistant United States Attorney

Dated: December 12, 2017       /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    ANTONIO REYNA

**ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of December 14, 2017 is VACATED and the above-captioned matter is set for admit/deny hearing on March 1, 2018 at 10:00 a.m.

    IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE