**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. | ) | **HEARING** |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, July 19, 2018 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to September 13, 2018 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends largely on the outcome of the state homicide case underlying the new law violation alleged in the Probation

Stipulation and Order - 1

Officer's petition. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the state matter is presently set for trial in late August. The state case is unlikely to resolve. Further, there is voluminous discovery and investigative reports in the state matter, and Ms. Radekin has not yet reviewed all of these materials. Investigation and discovery is on-going as well. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 17, 2018                MCGREGOR W. SCOTT
                                    United States Attorney


                            By:     /s/ James Conolly
                                    JAMES CONOLLY
                                    Assistant United States Attorney

Dated: July 17, 2018                /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of July 19, 2018 is VACATED and the above-captioned matter is set for admit/deny hearing on September 13, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE