ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00069 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. ) | **HEARING** |
| ) | |
| ) | |
| ANTONIA REYNA. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, September 13, 2018 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to December 13, 2018 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition.

Stipulation and Order - 1

Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the case is presently set for trial on October 11, 2018. The state case is unlikely to resolve. Investigation and discovery is on-going in the state matter as well. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 11, 2018          MCGREGOR W. SCOTT
United States Attorney

By:    /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated: September 11, 2018          /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTONIO REYNA

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of September 13, 2018 is VACATED and the above-captioned matter is set for admit/deny hearing on December 13, 2018 at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 12, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2