**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. | ) | **HEARING** |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, February 7, 2019 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to April 25, 2019 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition.

Stipulation and Order - 1

Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he indicated the jury trial in that case is scheduled to begin February 4, 2019. Mr. Long estimates the trial will conclude in late March. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 31, 2019  MCGREGOR W. SCOTT
United States Attorney

By: /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated: January 31, 2019  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTONIO REYNA

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of February 7, 2019 is VACATED and the above-captioned matter is set for admit/deny hearing on April 25, 2019 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2