**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. | ) | **HEARING** |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, April 25, 2019 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to June 13, 2019 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he

Stipulation and Order - 1

reported Mr. Reyna was found guilty of first-degree murder with a firearm enhancement. The required sentence is LWOP. Mr. Reyna is to be sentenced on April 26, 2019. Upon conferring with Mr. Conolly, the parties believe it is best to wait until after sentencing in state court, as Mr. Reyna's presence may be required for the hearing on, or resolution of, the violations of supervised release. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 23, 2019         MCGREGOR W. SCOTT
                              United States Attorney

                     By:      /s/ James Conolly
                              JAMES CONOLLY
                              Assistant United States Attorney

Dated: April 23, 2019         /s/ Erin J. Radekin
                              ERIN J. RADEKIN
                              Attorney for Defendant
                              ANTONIO REYNA

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of April 25, 2019 is VACATED and the above-captioned matter is set for admit/deny hearing on June 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE