**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. | ) | **HEARING** |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, June 13, 2019 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to August 15, 2019 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition. Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he

Stipulation and Order - 1

reported Mr. Reyna's sentencing is on July 19, 2019.  Upon conferring with Mr. Conolly, the parties believe it is best to wait until after sentencing in state court, as Mr. Reyna's presence may be required for the hearing on, or resolution of, the violations of supervised release.  The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 12, 2019                    MCGREGOR W. SCOTT
                                         United States Attorney

                                  By:    /s/ James Conolly
                                         JAMES CONOLLY
                                         Assistant United States Attorney

Dated: June 12, 2019                      /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         ANTONIO REYNA

## ORDER

      For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of June 13, 2019 is VACATED and the above-captioned matter is set for admit/deny hearing on August 15, 2019 at 10:00 a.m.

      IT IS SO ORDERED.

Dated:  June 13, 2019

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE