**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00069 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. | ) | **HEARING** |
| | ) | |
| | ) | |
| ANTONIA REYNA. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, August 15, 2019 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to October 31, 2019 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition.

Stipulation and Order - 1

Ms. Radekin has conferred with Michael Long, Mr. Reyna's attorney in the state matter, and he reported Mr. Reyna's sentencing has been continued to August 23, 2019. Upon conferring with Mr. Conolly, the parties believe it is best to wait until after sentencing in state court, as Mr. Reyna's presence may be required for the hearing on, or resolution of, the violations of supervised release. The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 13, 2019
MCGREGOR W. SCOTT
United States Attorney

By: /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated: August 13, 2019
/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTONIO REYNA

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of August 15, 2019 is VACATED and the above-captioned matter is set for admit/deny hearing on October 31, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2