**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00069 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. | |
| ANTONIA REYNA. | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, October 31, 2019 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to January 30, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Mr. Reyna has been found guilty after a jury trial of the charge that forms the basis for the new law violation in the petition to violate his supervised

Stipulation and Order - 1

release and been sentenced to life in prison without parole.  He has an appeal pending, however, so any admission to violation or statement made or evidence produced at a hearing on the violation could prejudice his appeal.  Upon conferring with Mr. Conolly, the parties believe it is best to wait to see what issues are raised on appeal before proceeding with a hearing or admission of violation of supervised release.  The court is advised Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 29, 2019  MCGREGOR W. SCOTT
United States Attorney

By:  /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated: October 29, 2019  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTONIO REYNA

### ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of October 31, 2019 is VACATED and the above-captioned matter is set for admit/deny hearing on January 30, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order - 2