**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTONIO REYNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:14-CR-00069 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE ADMIT/DENY** |
| v. ) | **HEARING** |
| ) | |
| **ANTONIA REYNA**, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Antonio Reyna, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for admit/deny hearing, June 11, 2020 at 10:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to December 10, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that resolution of this matter depends on the outcome of the state homicide case underlying the new law violation alleged in the Probation Officer's petition.

Stipulation and Order - 1

Mr. Reyna has been convicted of first degree murder and sentenced to life without the possibility of parole.  His state case is presently on appeal in the California Court of Appeal for the Third Appellate District.  Appellant's opening brief has been filed, and respondent's brief is due in July 2020.  The parties believe continuing the matter six months and at that time evaluating how to proceed based on the outcome of the state appeal is in the best interests of both parties.  Mr. Conolly concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.  Probation has also been consulted and concurs with this request.

     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 9, 2020                               MCGREGOR W. SCOTT
                                                     United States Attorney

                                      By:    /s/ James Conolly
                                                  JAMES CONOLLY
                                                  Assistant United States Attorney

Dated: June 9, 2020                               /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 ANTONIO REYNA

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the admit/deny hearing date of June 11, 2020 is VACATED and the above-captioned matter is set for admit/deny hearing on December 10, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE